

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2017

No. 04-17-00317-CV

LLoyd Hurt **KELLNER**, Trent C. Kellner, Linda Cunningham, Independent Administrator of The Estate of William Smith Nelson, Jr., Billie Alleen Kuhnel, Michael James Dworaczyk, Evelyn Hartman, Katherine Zaiontz, Otto Leo Henke, Jr., Patricia Ann Henke et al,
Appellants

v.

**XTO ENERGY, INC**., Newfield Exploration Company, Imperial Oil Company, Momentum Oil & Gas, LLC and Modelo Energy, LLC,
Appellees

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 15-09-0864-CVA
Honorable Russell Wilson, Judge Presiding

# O R D E R

The reporter's record was originally due on **June 11, 2017**. On June 13, 2017, the clerk of this court notified the court reporter, Leticia Escamilla, that she is the court reporter responsible for timely filing the reporter's record in this appeal and that the reporter's record is late. The clerk explained that if the reporter's record has not been filed because (1) the appellant has failed to pay or make arrangements to pay the reporter's fee and (2) the appellant is not entitled to appeal without paying the fee, Ms. Escamilla must file a notification of late record stating such fact within ten days. Otherwise, Ms. Escamilla was required to file the reporter's record within thirty days.

One volume of the reporter's record (volume two) was filed on July 12, 2017, by court reporter Yvonne O'Bar. However, Ms. Escamilla did not timely file a notification of late record nor did she timely file the remaining volumes of the reporter's record. As of this date, the two remaining volumes of the reporter's record (volumes one and three) have yet to be filed.

We, therefore, ORDER Leticia Escamilla to file the complete reporter's record <u>no later than August 21, 2017.</u>

**If the complete reporter's record is not filed by this date, an order may be issued directing Leticia Escamilla to appear and show cause why she should not be held in contempt for failing to file the record**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk